AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Northern | District of | Oklahoma |

(1) Warren Capital Corporation, an Oklahoma Corporation

**SUMMONS IN A CIVIL ACTION**

v.

(1) Jesse T. Holland, (2) Katie A. Holland, (3) William F. Elder, individuals, and (4) KTW Oil & Gas, LLC, a foreign limited liability company

CASE NUMBER:    14-CV-236-TCK-TLW

TO: (Name and address of Defendant)

KTW Oil & Gas, LLC
c/o Sole Member William F. Elder
PO Box 130
Bull Shoals, AR 72619

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Trevor L. Hughes
2200 BOA Ctr.
15 West 6th Street
Tulsa, OK 74119

an answer to the complaint which is served on you with this summons, within _____ 21 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Phil Lombardi

MAY 1 6 2014

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  KTW Oil & Gas, LLC, ℅ Sole Member William F. Elder

was received by me on *(date)*  _____May 19, 2014_____  .

☑ I personally served the summons on the individual at *(place)*  6132 St Hwy 5 N, Midway, AR 72651

_____  on *(date)*  05-20-2014  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.

Date: _____05-21-14_____                    _____
                                                            *Server's signature*

                                                            Webb Edwards
                                               _____
                                                            *Printed name and title*
                                                            911 Wilshire
                                                            Branson, MO 65616

                                               _____
                                                            *Server's address*

Additional information regarding attempted service, etc: