# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Plaintiff(s)

vs.  Case Number:

Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

---

Date

Type of Appointment:  ☐ Retained    ☐ CJA

☐ FPD    ☐ Pro Bono    ☐ Pro Se

Oklahoma State Bar Number (If Applicable)

e-mail address

Signature

Print Name

Firm Name

Mailing Address

City            State    Zip Code

Phone Number            Fax Number

# Certificate of Service

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

_____
Signature