# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

WARREN CAPITAL CORPORATION,
                Plaintiff(s),

vs.                              Case Number: 14-CV-236-TCK-TLW

JESSE T HOLLAND, ET AL,
                Defendant(s).

## SCHEDULING ORDER

| #   | Date       | Item |
|-----|------------|------|
| 1.  | 11/14/2014 | Discovery Deadline |
| 2.  | 9/19/2014  | Motions to Join or Amend |
| 3.  | 9/15/2014  | Witness Lists and Proposed Exhibits * |
| 4.  | 10/15/2014 | Expert Identification and Reports under FRCP 26(a)(2) * (Plaintiff) |
| 4a. | 10/31/2014 | Expert Identification and Reports under FRCP 26(a)(2) * (Defendant) |
| 5.  | 11/28/2014 | Dispositive Motions and Daubert Motions |
| 6.  | 1/9/2015   | Motions in Limine |
| 7.  | 1/9/2015   | Deposition Designations (Filed with deponent name, page and line designation) Videotape/Interrogatory Designations * |
| 8.  | 1/26/2015  | Counter-Designations (Filed with deponent name, page and line designation) |
| 9.  | 2/23/2015  | Pretrial Disclosures under FRCP 26(a)(3) |
| 10. | 3/6/2015   | Transcripts Annotated with Objections ** (Submit in hard copy to the Court) |
| 11. | 2/4/2015   | Pretrial Order, including Final Witness and Exhibit Lists and Objections |
| 12. | 3/6/2015   | Jury Instructions, Voir Dire, Trial Briefs |
| 13. | N/A        | Proposed Findings of Fact and Conclusion of Law, Trial Briefs |
| 14. | 2/11/2015  | Pretrial Conference at 2:30 p.m. |
| 15. | 3/16/2015  | Trial Date: [x] Jury at 9:30 a.m. [ ] Non-Jury at 9:30 a.m. |
| 16. |            | Settlement Conference requested after N/A |

\* These items are not to be filed of record but are only to be exchanged between counsel.
\*\* Attorney meeting to resolve objections is required before filing objections. *See* LcvR 30.1c.

This Order is entered this 22nd day of August, 2014.

*/s/ Terence Kern*
**TERENCE KERN**
**United States District Judge**